621 A.2d 575

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Donna L. DEMIS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1992.

Decided March 23, 1993.

Mark S. Galper, Shire, Bergstein, Monessen, for appellant.

John C. Pettit, Dist. Atty., John F. DiSalle, Asst. Dist. Atty., Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

The Petition for Leave to Withdraw and Discontinue Appeal is granted.